# United States Bankruptcy Court

Southern District of Georgia, Savannah Division

In re   Mitchell D Maxwell ,                                  Case No. 0950336

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | American General Finance |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices to transferee should be sent:
LVNV Funding LLC

Court Claim # (if known):  5
**Amount of Claim**:  $   6,960.79
Date Claim Filed:  5/5/2009

c/o Resurgent Capital Services
PO Box 10675 Greenville SC 29603

Phone:  ( )  -
**Last Four Digits of Acct #**:  9829

Phone:  ( )  -
Last Four Digits of Acct #:  0791

Name and Address where transferee payments should be sent (if different from above):

Phone:
**Last Four Digits of Acct #**:  9829

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Pat Mitchell                                                          Date: 5/28/2014
         Transferee/Transferee's Agent

*Penalty for making a false statement:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

**BILL OF SALE AND ASSIGNMENT OF ACCOUNTS**

Springleaf Financial Services of Indiana, Inc., an Indiana corporation, Springleaf Financial Services of Wisconsin, Inc., a Wisconsin corporation and Springleaf Financial Services, Inc., a Delaware corporation (collectively referred to as "Seller"), all having their principal place of business at 601 NW Second Street, Evansville, Indiana 47708 hereby absolutely sells, transfers, assigns, sets-over and conveys to Sherman Originator III LLC, a limited liability company organized under the laws of Delaware with an office at 200 Meeting Street, Suite 206, Charleston, SC 29401, ("Purchaser") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

    (a) all of Seller's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Schedule A (the "Accounts"), and on the data file titled **"Springleaf BK13_06072013."**

    (b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Seller on or prior to March 31, 2013, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Purchase and Sale Agreement made and entered into by and between Seller and Purchaser dated June 3, 2013, (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of Indiana without regard to the conflicts-of-laws rules thereof.

DATED: June 7, 2013

SELLER:

By: _____
Name: Jack R. Erkila
Title: SVP and Deputy General Counsel

STATE OF INDIANA)
) ss.
COUNTY OF VANDERBURGH)

On this the 7 day of June, 2013, before me the undersigned officer, personally appeared Jack R. Erkila, who acknowledged him/herself to be the SVP+DGC of Springleaf Financial Services, Springleaf Financial Services of Springleaf Financial Services, Inc., signer and sealer of the foregoing instrument, and that Indiana, Wisconsin, Inc. he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her Inc. free act and deed as such officer and the free act and deed of said company.

IN WITNESS WHEREOF, I hereunto set my hand.

_Kelly A. Mercer_
Commissioner of the Superior Court   Notary Public
My Commission Expires:
May 10, 2015

## Transfer and Assignment

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated March 31, 2013 delivered by Springleaf Financial Services of Indiana, Inc., Springleaf Financial Services of Wisconsin, Inc. and Springleaf Financial Services, Inc. on June 07, 2013 for purchase by SOLLC III on June 07, 2013. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, hereby transfers, sells, assigns, conveys, grants and delivers to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Dated: **June 07, 2013**          Sherman Originator III LLC
                                  a Delaware Limited Liability Company

                                  By:_____
                                       Name: Jon Mazzoli
                                       Title:   Director


Dated: **June 07, 2013**          Sherman Originator LLC
                                  a Delaware Limited Liability Company

                                  By:_____
                                       Name: Kevin Branigan
                                       Title:   Authorized Representative


Dated: **June 07, 2013**          LVNV Funding LLC
                                  a Delaware Limited Liability Company

                                  By:_____
                                       Name: Rusty Kendall
                                       Title:   Authorized Representative

**Exhibit A**

## Receivables File
## 06.07.13

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 271281 | 20125 | N/A |